1
2
3
4
5
6
7
8                                  UNITED STATES DISTRICT COURT

9                                  CENTRAL DISTRICT OF CALIFORNIA

10

11   JON H. KAAPUNI,                              Case No. 2:23-09945 MRA (ADS)

12                          Petitioner,

13                   v.                           ORDER ACCEPTING
                                                  REPORT AND RECOMMENDATION OF
14   BRIAN BIRKHOLZ,                              UNITED STATES MAGISTRATE JUDGE

15                          Respondent.

16

17          Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of

18   Habeas Corpus by a Person in Federal Custody (Dkt. No. 1), Respondent's Answer (Dkt.

19   No. 13), Petitioner's Response (Dkt. No. 14), the Report and Recommendation of the

20   United States Magistrate Judge (Dkt. No. 16), and all the records and files herein.

21   Petitioner did not file objections to the Report and Recommendation and the time to do

22   so has passed.  The Court accepts the findings and recommendations of the Magistrate

23   Judge.

24

Accordingly, IT IS HEREBY ORDERED:

1. The Report and Recommendation is accepted, (Dkt. No. 16);

2. The Petition is denied and this action is dismissed with prejudice (Dkt. No. 1); and

3. Judgment is to be entered accordingly.

DATED:  December 11, 2024

_____
THE HONORABLE MONICA RAMIREZ ALMADANI
United States District Judge