**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON H. KAAPUNI, | Case No. 2:23-09945 MRA (ADS) |
| Petitioner, | |
| v. | JUDGMENT |
| BRIAN BIRKHOLZ, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge, the Court adjudges the Petition dismissed with prejudice.

DATED: December 11, 2024

_____
THE HONORABLE MONICA RAMIREZ ALMADANI
United States District Judge